1 | LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
2 | JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
3 | COSTA MESA, CA 92627
Telephone: (949) 722-0055
4 | Fax: (949) 722-8416

5 | Attorney for: PLAINTIFF

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        No. CV A 12- 2416

12 |                 Plaintiff,

13 |        vs.        CONSENT JUDGMENT

14 | Nina M. Pinelle, aka

15 | Nina M. Celaya,

16 |                 Defendant

17 |     Pursuant to the above stipulation of the parties,

18 | Judgment is hereby entered in favor of Plaintiff, UNITED

19 | STATES OF AMERICA, against Defendant, Nina M. Pinelle, aka

20 | Nina M. Celaya, in the principal amount of $851.36 plus

21 | interest accrued to March 7, 2012, in the sum of $1,117.32;

22 | with interest accruing thereafter at 8% annually until entry

23 | of judgment, administration costs in the amount of $43.29,

24 | for a total amount of $**2,011.97**.

25

26 | DATED: 3/27/2012        By: _____ Terry Nafisi
                                     Clerk of the Court
27

28                                    A. Martinez
                                     Deputy Clerk
                                 United States District Court